# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRAYVON LEE MITCHELL

NO. 2023 KW 0738

**SEPTEMBER 25, 2023**

---

In Re:    Trayvon Lee Mitchell, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 22-FELN-045169.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the guilty plea and sentencing transcript(s), the bill of information, the uniform commitment order, pertinent district court minutes, and any other portion of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT